**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Angel S.A. Jackson, Shelia Wilson and Bertram Gaines, Jr., <br><br> Plaintiffs, <br> v. <br><br> Jasper County, South Carolina; Magistrate Judge Jennifer Carter; Circuit Court Judge Keith Kelly; Sheriff of Jasper County, South Carolina; and John Doe Deputies (1-5), <br><br> Defendant. | Case No. 9:26-cv-1021-RMG <br><br><br> **ORDER** |

This matter is before the Court upon the Report and Recommendation ("R & R") of the Magistrate Judge, recommending that this action be dismissed for failure to state a claim upon which relief may be granted and failure to comply with a court order. (Dkt. No. 32). Plaintiffs were advised that they had 14 days to file written objections to the R & R and a failure to file timely objections would result in clear error review and a waiver of the right to appeal the district court's order. (*Id*. at 9). No timely objection was filed.

## I.    Background

Plaintiffs, acting pro se, have been involved in a long running land title dispute that has been litigated in the South Carolina state court system and is presently on appeal to the South Carolina Court of Appeals. The matter was referred to the Magistrate Judge for pretrial handling. The Magistrate Judge issued an order on May 7, 2026 advising Plaintiffs that their complaint was subject to summary dismissal for failure to state a claim upon which relief could be granted. The Magistrate Judge identified specific legal deficiencies in the complaint, which included (1)

1

absolute judicial immunity for Defendants Carter and Kelly; (2) no *Monell* liability for Jasper County; (3) no jurisdiction to review or set aside state court judgments under the *Rooker-Feldman* doctrine; and (4) *Younger* abstention regarding ongoing state court proceedings. (Dkt. No. 24). Plaintiffs were advised that they had until May 21, 2026 to cure the identified legal deficiencies. Plaintiffs filed no response to the Magistrate Judge's May 7, 2026 Order.

## II.     Legal Standard

### A.  Magistrate's Report and Recommendation

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R & R to which specific objections are made. *See* 28 U.S.C. § 636(b)(1). Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Where a party fails to timely file any specific objections, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and punctuation omitted).

### B.  Pro Se Pleadings

This Court liberally construes complaints filed by *pro se* litigants to allow the development of a potentially meritorious case. *See Cruz v. Beto*, 405 U.S. 319, 322 (1972); *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The requirement of liberal construction does not mean that the Court can ignore a clear failure in the pleadings to allege facts which set forth a viable federal claim, nor

can the Court assume the existence of a genuine issue of material fact where none exists. *See Weller v. Dep't of Soc. Servs.*, 901 F.2d 387, 391 (4th Cir. 1990) (citation omitted).

## III.    Discussion

The Magistrate Judge ably summarized the factual and legal issues in the R & R and correctly concluded that this action should be dismissed for failure to state a claim upon which relief can be granted and a failure to comply with a court order.

## IV.    Conclusion

For the foregoing reasons, the Court **ADOPTS** the R & R of the Magistrate Judge (Dkt. No. 32) as the Order of the Court.  This action is **DISMISSED**.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel

Richard Mark Gergel
United States District Judge

August 7, 2026
Charleston, South Carolina

3